UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>DORIS E. NELSON, d/b/a The Little Loan Shoppe,<br><br>             Defendant. | No. CR-11-159-RHW-1<br><br>ORDER DENYING DEFENDANT'S MOTION TO MODIFY<br><br>☑  MOTION DENIED<br>     **(ECF No. 99)** |

Date of bail review hearing: **July 6, 2012.**

    At the hearing on Defendant's Motion to Modify **(ECF No. 99)** attorney Terry Ryan represented Defendant; Assistant U.S. Attorney Tyler Tornabene represented the United States. Defendant has posted a one million dollar corporate surety bond and is under electronic monitoring and home detention. She asks that the court either drop the bond requirement or drop the electronic monitoring. Her Motion is opposed.

    **IT IS ORDERED** Defendant's Motion to Modify (ECF No. 99) is **DENIED**. She has functioned well for the six months she has worn the monitoring devices. Her option, if she does not wish to wear the monitoring devices, is to go into pretrial detention at the Spokane County Jail.

    DATED July 6, 2012.


                             S/ CYNTHIA IMBROGNO
                     UNITED STATES MAGISTRATE JUDGE

ORDER DENYING DEFENDANT'S MOTION TO MODIFY - 1