UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DORIS E. NELSON, d/b/a The Little Loan Shoppe,<br><br>    Defendant. | No. CR-11-159-RHW-1<br><br>ORDER GRANTING IN PART DEFENDANT'S UNOPPOSED REQUESTS TO MODIFY CONDITIONS OF RELEASE, *INTER ALIA*<br><br>☑   MOTION GRANTED IN PART **(ECF No. 113)** |

Before the court is Defendant, Doris E. Nelson's Motion for an Order:

    1.    Authorizing her to attend her brother-in-law's wedding in Coeur d'Alene, Idaho, and the reception which is scheduled to follow in Spokane Valley, Washington, on October 20, 2012;

    2.    Authorizing her to attend EWU's Family Weekend with her daughter, Meghan, on November 3, 4, and 5, 2012;

    3.    Authorizing her to attend and assist her daughter, Amanda, with the birth of her grandchild, who is expected in late November or early December; and

    4.    Setting a curfew for the pendency of this matter.

The court finds that good cause exists to **GRANT** the Defendant's unopposed Motion, parts 1 through 3. In addition, United States Probation Officer Carlson has discretion to permit Defendant to attend doctor appointments with her daughter, holiday family gatherings and feed her horses. Those requests also were unopposed. However, the request for curfew so the Defendant may be off house

ORDER GRANTING IN PART DEFENDANT'S UNOPPOSED REQUESTS
TO MODIFY CONDITIONS OF RELEASE, *INTER ALIA* ~ 1

1  arrest during the pendency of this matter is **DENIED.**

2  **IT IS SO ORDERED.**

3  DATED October 19, 2012.

5                  <u>S/ CYNTHIA IMBROGNO</u>
                UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING IN PART DEFENDANT'S UNOPPOSED REQUESTS TO MODIFY CONDITIONS OF RELEASE, *INTER ALIA* - 2