# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DORIS E. NELSON,<br><br>Defendant. | No. CR-11-159-RHW<br><br>**ORDER DENYING MOTION TO MODIFY CONDITIONS OF RELEASE** |

Before the Court is Defendant's Motion to Modify Conditions of Release. ECF No. 275. Defendant moves the Court for an order authorizing her to self-report directly to the Bureau of Prisons at her assigned federal facility. *Id.* In order to self-report directly, Defendant requests an order allowing removal of her location monitoring system. *Id.* The Government objects to this request and asserts that the Court should order her to report to the United States Marshals Service in Spokane, Washington. ECF No. 281.

Pursuant to 18 U.S.C. § 3143(b), discussions with the United States Probation Office, and a review of the presentence report, the Court finds that Defendant's location monitoring system shall not be removed. Defendant is directed to report to the United States Marshals in Spokane, Washington on her assigned date.

Accordingly, **IT IS HEREBY ORDERED**:

**ORDER DENYING MOTION TO MODIFY CONDITIONS OF RELEASE ~ 1**

1. Defendant's Motion to Modify Conditions of Release, **ECF No. 275**, is **DENIED.**

2. Defendant is directed to report to the United States Marshals Service in Spokane, Washington on her assigned date.

The **District Court Executive** is directed to enter this order and provide copies to counsel.

**DATED** this 22nd day of December, 2014.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

**ORDER DENYING MOTION TO MODIFY CONDITIONS OF RELEASE ~ 2**