AO 245B    (Rev. 09/11) Judgment in Criminal Case
           Sheet 2 — Imprisonment

Judgment — Page  2  of  6

DEFENDANT: DORIS ELIZABETH NELSON
CASE NUMBER: 2:11CR00159-RHW-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 108 month(s)

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that defendant serve her sentence at the facility in Dublin, California due to her medical issues.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____
   ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____
   ☑ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  03/10/2015  to  FCI Aliceville
at  Aliceville, AL  , with a certified copy of this judgment.

Warden, A Washington-Adduci
UNITED STATES MARSHAL

By  CSO, Z Dixon
DEPUTY UNITED STATES MARSHAL

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 20 2015

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

≈AO 245B    (Rev. 09/11) Judgment in a Criminal Case
        Sheet 1    Revised by WAED - 06/13

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 14, 2014**

SEAN F. MCAVOY, CLERK

UNITED STATES OF AMERICA
v.
DORIS ELIZABETH NELSON

**JUDGMENT IN A CRIMINAL CASE**

Case Number:    2:11CR00159-RHW-1

USM Number:    14003-085

Elizabeth Kelley and Jeffry Finer
_Defendant's Attorney_

## THE DEFENDANT:

☑ pleaded guilty to count(s)   1-71, 72-93, and 94-110 of the Superseding Indictment

☐ pleaded nolo contendere to count(s)
   which was accepted by the court.

☐ was found guilty on count(s)
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 1343 | Wire Fraud | 11/17/11 | S1-71 |
| 18 U.S.C. § 1341 | Mail Fraud | 11/17/11 | S72 to S93 |
| 18 U.S.C. § 1956(a)(2)(A) | International Money Laundering | 11/17/11 | S94 to S110 |

    The defendant is sentenced as provided in pages 2 through ___6___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☑ Count(s)   original Indictment   ☑ is   ☐ are   dismissed on the motion of the United States.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

11/3/2014
Date of Imposition of Judgment

_/s/ Robert H. Whaley_
Signature of Judge

The Honorable Robert H. Whaley    Senior Judge, U.S. District Court
Name and Title of Judge

November 14, 2014
Date

RECEIVED
APR 20 2015
CLERK, U.S. DISTRICT COURT
SPOKANE, WA