JOSEPH H. HARRINGTON
United States Attorney
Eastern District of Washington
Caitlin Baunsgard
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 2:11-CR-0159-RHW |
| vs. | Proposed Plea Agreement Pursuant to Court's Order (ECF. 356) |
| DORIS NELSON, | |
| Defendant. | |

Plaintiff, United States of America, by and through Joseph H. Harrington, United States Attorney for the Eastern District of Washington, and Caitlin Baunsgard, Assistant United States Attorney for the Eastern District of Washington, submits the proposed Plea Agreement pursuant to the Court's Order (ECF. 356).

Attached hereto as Exhibit "A" is the proposed Plea Agreement the United States provided to defense counsel for review as a potential pre-trial resolution to the case in the March 2014 time frame. It is the Plea Agreement that was referenced by

Proposed Plea Agreement Pursuant to Court's Order (ECF. 356)- 1

Mr. Ryan and Mr. Bugbee in their Declarations as well as in Court during the Defendant's change of plea hearing.

DATED January 12, 2018.

                                        JOSEPH H. HARRINGTON
                                      United States Attorney

                                        *s/Caitlin Baunsgard*
                                        Caitlin Baunsgard
                                        Assistant United States Attorney

## **CERTIFICATION**

I hereby certify that on January 12, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s):

Jeffry Finer: jeffry@finerwinn.com, danette@finer-bering.com, sally@finer-bering.com

> *s/Caitlin Baunsgard*
> Caitlin Baunsgard
> Assistant United States Attorney